# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:13CR00014 |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| **JESSIE MORGAN ERVIN, JR.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

*Jessie Morgan Ervin, Jr., Pro Se Defendant.*

The defendant has filed two motions requesting that the court appoint counsel to assist him in obtaining relief under the First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5220 (2018) ("2018 FSA" or "Act"), which made retroactive certain provisions of the Fair Sentencing Act of 2010, Pub. L. No. 111-220, § 2, 124 Stat. 2372, 2372 (2010) ("2010 FSA").

Section 2 of the 2010 FSA reduced the penalties for offenses involving cocaine base by increasing the threshold drug quantities required to trigger mandatory minimum sentences under 21 U.S.C. § 841(b)(1). The 2018 FSA provides that the court may, on motion of the defendant, the Director of the Bureau of Prisons, the attorney for the Government, or the court, impose a reduced

sentence as if the 2010 FSA were in effect at the time the defendant's crime was committed. 2018 FSA § 404(b).

The defendant was indicted in this court on April 8, 2013, and charged with, among other things, possessing a firearm after having been convicted of a felony (Count One), distributing and possessing with the intent to distribute cocaine base (Counts Three and Four), and possessing with the intent to distribute 28 grams or more of a mixture or substance containing cocaine base (Count Five). The defendant pleaded guilty to Counts One and Three. On October 23, 2013, the defendant was sentenced to a term of 180 months of imprisonment to be followed by a five-year period of supervised release.

Because the defendant was sentenced in 2013, he has already been sentenced in accordance with the 2010 FSA. Thus, any motion seeking a reduced sentence pursuant to the 2018 FSA would lack merit.

Accordingly, it is hereby **ORDERED** that the Motions to Appoint Counsel, ECF Nos. 92 and 93, are DENIED.

ENTER: April 29, 2019

/s/ *James P. Jones*
United States District Judge